# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRUCE ANTHONY HEBERT

VERSUS

LEROY JOSEPH HENDON, SOUTH
CENTRAL LOUISIANA HUMAN
SERVICES AUTHORITY AND XYZ
INSURANCE COMPANY

NO.  2021 CW 0281

**MAY 24, 2021**

---

In Re:    South Central Louisiana Human Services Authority,
applying for supervisory writs, 32nd Judicial District
Court, Parish of Terrebonne, No. 186862.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.**  The writ application was supplemented
by defendant/relator, South Central Louisiana Human Services
Authority, with a judgment dated April 8, 2021, which dismisses
plaintiff's entire lawsuit without prejudice.  Accordingly, the
writ application appears to be moot.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT